REJECTED PURSUANT TO RULE 79.2(C)
COURT OF CRIMINAL APPEALS

November 18, 2015

ABEL ACOSTA, CLERK

IN THE
TEXAS COURT OF CRIMINAL APPEALS,
AUSTIN, TEXAS.

IN RE ESTRADA,                          §
      PETITIONER
VS                                      §        CAUSE NO. PD-0726-15

THE STATE OF TEXAS                      §

## MOTION FOR RECONSIDERATION / REHEARING

RECEIVED IN
COURT OF CRIMINAL APPEALS

NOV 16 2015

Abel Acosta, Clerk

COMES NOW MARK ANTHONY ESTRADA, Petitioner in the above styled cause to present this his Motion for reconsideration/rehearing of his DNA Petition for Discretionary review and in support states the following:

### I

Petitioner timely filed his DNA Petition for Discretionary review on August 19,2015 and on November 4, 2015 this court refused it without explanation. Petitioner is a layman to the law and he is left with the question as to why it was refused by this court and if the Court of Criminal Appeals even reviewed it.

Petitioner raised several questions of law as to whether the 13th Court of Appeals decision to deny Estrada's Appeal was diametricaly opposed and contrary to previous holdings of other court of appeals as well as rulings of this Court of Criminal Appeals as applied to DNA evidence. Petitioner cited several standing caselaw to support his claim that his issues that were presented to this court that pertain to DNA evidence are similar in nature where DNA testing was granted by this honorable court.

### II

Petitioner described facts in evidence that deal with DNA that were inconcluesive as to the identity of those items in evidence in which the petitioner gave a theory to support his claim of an "unknown intruder" who left his/her DNA at the scene during the attack and murder of the victim. Dr. Harry J. Bonnell, a pathologist in San Diego, CA. reviewed the entire record and the DNA lab reports and concluded that the DNA in blood found at the scene could well have been left by the victims attacker, acording to the victims wounds as he describes in his affidavit. Dr. Bonnell also stated that the items in DNA should be retested as there are now newer methods.

1.

## CONCLUSION

Petitioner does not know as to why his DNA Petition for Discretionary review has been refused by this court, as he has prepared and presented a Petition as well as he could according to the law. Petitioner stated the facts in evidence that was before the court and cited caselaw that shows that DNA testing was granted as where those cases were similar in nature. Petitioner presented a affidavit from a well creditable Pathologist with a plethora amount of experiance, where the doctor states that the DNA in evidence should be retested and gives his expert opinion as to why.

## PRAYER

Petitioner prays that his Motion for reconsideration/rehearing be granted and that his DNA Petition for Discretionary Review be heard or presented to the Judges of this Court of Criminal Appeals. Petitioner also prays that this Court grant his Petition, where he has shown that his DNA Motions should have been granted by the 13th District Court of Appeals as well as the Trial court, based on previous court rulings where the issues are similar in nature as they pertain to the evidence in DNA and it's identity.

Respectfully Submitted,

MARK A. ESTRADA
TDCJ # 1568684
McCONNEL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE,TX. 78102

## CERTIFICATE OF SERVICE

I, MARK ANTHONY ESTRADA, do certify that a true and correct copy of the foregoing Motion for recosideration/rehearing has been mailed in the prison mailbox with first class postage pre-paid to
On November 12,2015
ABEL ACOSTA-CLERK OF THE TEXAS COURT OF CRIMINAL APPEALS, P.O. BOX 12398, CAPITAL STATION, AUSTIN,TX. 78711.

MARK ANTHONY ESTRADA
TDCJ # 1568684
McCONNEL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE,TX. 78102

Nov. 12, 2015

2.

MARK ANTHONY ESTRADA #1568684
McCONNELL UNIT
3001 SOUTH EMILY DRIVE
BEEVILLE,TX.78102

LEGAL MAIL

LEGAL MAIL

LEGAL MAIL

SAN ANTONIO TX 780
RIO GRANDE DISTRICT
12 NOV 2015 PM 1 L

MR. ABEL ACOSTA - CLERK
TEXAS COURT OF CRIMINAL APPEALS
P.O.BOX 12398
CAPITAL STATION
AUSTIN,TX. 78711

78711±2398 B005